Submitted November 10, 1981. Mark A. Criss, for appellant; John Brydon, District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Order affirmed.

---

441 A.2d 775

Commonwealth v. Mann, Appellant.

 Submitted March 3, 1981. John C. Tylwalk, Assistant Public Defender, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

The judgments of sentence of the lower court are affirmed.

---

441 A.2d 775

Commonwealth v. Schumann, Appellant.